```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,   )
                            )
         v.                 ) Criminal No. 09-353
                            )
CHRISTOPHER FRANC,          )
     Defendant.             )

## ORDER

AND NOW, this 22nd day of January, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered January 21, 2010, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, February 12, 2010 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:


                              s/Gary L. Lancaster         ,J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge

cc:   Nelson P. Cohen,
      Assistant United States Attorney

      James M. Ecker, Esquire
      1116 Frick Building
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services